# Holland & Knight

900 Third Avenue 20th Floor | New York, NY 10022 | T 212.751.3001 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com


David V. Mignardi
212.751.3171
david.mignardi@hklaw.com

September 8, 2022

**VIA ECF:**
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Wells Fargo Bank, N.A., as Trustee, etc. v. Prince 26, LLC, et al*;
Case No. 1:22-cv-05586-PAE

Dear Judge Engelmayer:

Counsel for plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of CD 2018-CD7, Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2018-CD7 ("Plaintiff"), acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of August 1, 2018, and defendants Prince 26, LLC, 29 Prince Street Associates LLC, 137 Thompson Street LLC, Edmond Li, and Jennifer Li (collectively, "Defendants" and, together with Plaintiff, the "Parties") write jointly, pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, requesting an extension of time to file the Civil Case Management Plan and Scheduling Order and joint letter (together, the "Required Submissions"), as directed to be filed in Your Honor's Notice of Initial Pretrial Conference Order dated August 31, 2022 (*see* ECF No. 19), to tomorrow.

While the Court *sua sponte* adjourned the Initial Conference from September 9, 2022 to September 12, 2022 (*see* ECF No. 20), the Parties require additional time to confer with respect to and finalize the Required Submissions prior to filing. For this reason, the Parties respectfully request that they be provided until tomorrow, September 9, 2022 to file the Required Submissions. This is the Parties' first request for such an extension of time.

Granted. SO ORDERED.

We respectfully thank the Court for its consideration of this matter.

Respectfully Submitted,

*/s/ Paul A. Engelmayer/*
PAUL A. ENGELMAYER
United States District Judge
September 8, 2022

**HOLLAND & KNIGHT LLP**

By:   */s/ David V. Mignardi*
       Keith M. Brandofino, Esq.
       David V. Mignardi, Esq.
       Baron C. Giddings

**WARSHAW BURSTEIN, LLP**

By:   */s/ Robert Fryd*
       Robert Fryd, Esq.
       Grant R. Cornehls, Esq.

*Attorneys for Plaintiff*

*Attorneys for Answering Defendants*

#178293209_v2 527548.00060