UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF CD 2018-CD7, MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018 CD7, *acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of August 1, 2018* | 22 Civ. 5586 (PAE) <br><br> NOTICE OF INITIAL PRETRIAL CONFERENCE |
| Plaintiff, <br> -v- <br><br> PRINCE 26, LLC et al., <br><br> Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On September 12, 2022, the Court held an initial pretrial conference. Guided by counsels' assessment of the distinct problems presented by this case, the Court orders a four-week period of formal and informal discovery, limited to the two affirmative defenses raised by the answering defendants, which counsel agreed present the only controverted issues in this matter: (1) does plaintiff have standing to bring this action?; and (2) does the special servicer have authority to bring this action? This discovery period ends on October 11, 2022. Following discovery, if the case has not by then settled, the parties shall submit, by October 25, 2022, a joint letter with proposed next steps in this litigation.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 13, 2022
New York, New York