

**WARSHAW**
**BURSTEIN**

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

Slava Hazin
Partner
(212) 984-7810
shazin@wbny.com

May 8, 2026

**BY ECF**

Hon. Paul A. Engelmayer, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *Wells Fargo Bank, Nat'l Ass'n, as Trustee, v. Prince 26, LLC, et al.,*
>         No. 22-cv-05586 (PAE) (OTW)

Dear Judge Engelmayer:

We are attorneys for defendants Prince 26, LLC, 29 Prince Street Associates LLC, 137 Thompson Street LLC, Edmond Li, and Jennifer Li ("Defendants") in the above referenced mortgage foreclosure action. Pursuant to Section 1(E) of the Court's Individual Rules and Practices in Civil Cases, Defendants make this letter motion to request an extension of time in which to submit objections to the Report and Recommendations to The Hon. Paul E. Engelmayer dated April 28, 2026 (ECF No. 94) ("Report"), which was issued by United States Magistrate Judge Ona T. Wang.

Defendants' counsel contacted counsel for plaintiff Wells Fargo Bank ("Plaintiff") to request a three-week extension, but Plaintiff's counsel is waiting for its client to respond. Defendants' deadline to file objections is May 12, 2026. Defendants require at least three weeks to review the 19-page Report, which recommends that Plaintiff be awarded a judgment of nearly $47 million on a mortgage in the original principal amount of $32 million. There has been no prior request for an extension of time to respond or object to the Report. There are no scheduled appearances before this Court.

{1809875.1 }

Letter to the Hon. Paul A. Engelmayer, United States District Judge
May 8, 2016
Page -2-

We appreciate the Court's consideration of this request.

Respectfully submitted,

Slava Hazin

cc:    All Counsel on ECF

GRANTED.  The deadline to submit objections is extended to **June 2, 2026**.
Plaintiff's response to any objections is due **June 16, 2026**.  There will be no further
extensions.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date:  May 11, 2026
New York, New York

{1809875.1 }