UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF CD 2018-CD7, MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-CD7, acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of August 1, 2018,<br><br>Plaintiff,<br><br>v. | Civil Action File No. 22-cv-05586-PAE-OTW |
| PRINCE 26, LLC; 29 PRINCE STREET ASSOCIATES LLC; 137 THOMPSON STREET LLC; EDMOND LI; JENNIFER LI; NEW YORK CITY DEPARTMENT OF FINANCE; NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS; and "JOHN DOE NO. 1" TO "JOHN DOE NO. 100" inclusive, the last one hundred names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,<br><br>Defendants. | **NOTICE OF PLAINTIFF'S MOTION FOR VACATUR AND REISSUANCE OF FINAL JUDGMENT** |

**PLEASE TAKE NOTICE** that plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of CD 2018-CD7, Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2018-CD7 ("Plaintiff"), acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of August 1, 2018, will move this Court before Honorable Paul A. Engelmayer, U.S.D.J., at the United States District Court, Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be designated by the Court, for an Order: (a) vacating the Order & Judgment,

dated August 5, 2026 (*see* ECF No. 108, the "Final Judgment") pursuant to Fed. R. Civ. P. 60(b)(1) and (4); (b) reissuing the same Final Judgment pursuant to RPAPL § 1351; and (c) granting such other and further relief as this Court may deem just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1.

Dated: New York, New York
October 29, 2026

**HOLLAND & KNIGHT LLP**

By: */s/ David V. Mignardi*
Keith M. Brandofino, Esq.
David V. Mignardi, Esq.
Rosamaria M. Sagese, Esq.
Attorneys for Plaintiff
*Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of CD 2018-CD7, Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2018-CD7, acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of August 1, 2018*
787 Seventh Avenue, 31st Floor
New York, New York 10019
(212) 513-3200
keith.brandofino@hklaw.com
david.mignardi@hklaw.com
rosamaria.sagese@hklaw.com

The Court has received plaintiff's motion. Defendants' opposition, if any, is due November 13, 2026. Plaintiff's reply, if any, is due November 20, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 30, 2026
New York, New York



#547395581_v1 527548.00060