UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE,<br><br>Plaintiff,<br><br>-v-<br><br>PRINCE 26, LLC *et al.*,<br><br>Defendants. | 22 Civ. 5586 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 5, 2026, the Court entered a final judgment of foreclosure ("Final Judgment") in favor of plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"). Dkt. 108. On October 29, 2026, Wells Fargo filed a motion seeking an order vacating the Final Judgment pursuant to Federal Rules of Civil Procedure 60(b)(1) and (4) for the limited purpose of curing a defect. Dkts. 117, 119. Wells Fargo represents that, at the time the Final Judgment was entered, no valid notice of pendency had been on file with the Clerk's Office for at least 20 days, as required by New York Real Property Actions and Proceedings Law § 1331 ("RPAPL").[1] Wells Fargo does not seek to revisit liability, damages, or any other substantive ruling. Dkt. 119 at 1. The defendants did not oppose the motion to vacate. Dkt. 121 (setting November 13 deadline for opposition). The Court finds that vacatur of the Final Judgment is warranted under Rule 60(b)(1) and (4) and grants the motion.

The Final Judgment at Docket 108 is hereby vacated and Wells Fargo is directed to submit a proposed judgment of foreclosure and sale, together with documentation establishing

[1] Wells Fargo has since filed a successive notice of pendency. Dkt. 118-9.

compliance with RPAPL§ 1331, by December 19, 2026. The Clerk of Court is respectfully directed to terminate the motion at Docket 117.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 19, 2026
New York, New York